No. 495. DORRANCE ET AL. v. PENNSYLVANIA. December 5, 1932. Petition for writ of certiorari to the Supreme

Court of Pennsylvania denied upon the ground that the federal question was not properly presented to, and was not passed upon by, the Supreme Court of Pennsylvania. *Messrs. Robert von Moschzisker, Schofield Andrews,* and *Nathan L. Miller* for petitioners. *Messrs. Wm. A. Schnader* and *William A. Gray* for respondent.